**Briane Pagel**
___

| | |
|---|---|
| **From:** | Ethan Caliva <art.ethancaliva@gmail.com> |
| **Sent:** | Tuesday, January 24, 2023 12:33 PM |
| **To:** | Nicole Caliva |
| **Subject:** | Fwd: Welcome to Gallant Law Group |

---------- Forwarded message ---------
From: **noreply@gallantlawpc.com** <noreply@gallantlawpc.com>
Date: Tue, Jan 24, 2023 at 11:27 AM
Subject: Welcome to Gallant Law Group
To: art.ethancaliva@gmail.com <art.ethancaliva@gmail.com>



**(215) 804-3333**
**www.gallantlawpc.com**
**123 S Broad St #1640 Philadelphia, PA 19109**

**Dear Ethan Caliva,**

Congratulations and welcome to Gallant Law Group. This is the start of your journey towards financial freedom.

Our dedicated attorneys are committed to providing you with the best possible representation. We have years of experience in assisting individuals like you who need legal services and protection of their rights against creditors.

We will help you resolve your debts through:

**Protection against your creditors:**

- We will immediately give notice to your creditors and collectors that you are represented by counsel and that all communication must be directed to us as your attorneys.
- We will take the appropriate legal action in the event any debt collectors harass you or otherwise violate the Fair Debt Collection Practices Act.
- We will represent you in court if any of your creditors pursue legal action.

**Dispute Process:**

- We will dispute the legality of your debts, and the amounts claimed, forcing your creditors provide proof that they have complied with necessary federal laws in issuing, reporting, and servicing your debts.

- We will take the appropriate legal action in the event any debt collectors harass you or otherwise violate the Fair Debt Collection Practices Act.
- Where your creditors are found to have violated the Fair Credit Reporting Act or Fair Debt Collection Practices Act, we will initiate disputes with the three major credit bureaus and where needed file suit to enforce your rights against erroneous credit reporting.

**Legal Representation:**

- We will represent you in these disputes without limitation, including initiation of legal action against your creditors, defending any action brought by your creditors against you, enforcing your rights against harassment by your creditors, and counseling you on the propriety of filing bankruptcy.
- We will also represent you in disputes with the credit bureaus if they refuse to correct erroneous reporting after a valid demand to do so. .
- We will keep you informed of this representation of you and will use all legal means to protect and enforce your rights under state and federal law..

Gallant Law Group is a debt resolution law firm, not a debt settlement company. We do not settle, consolidate, reduce, or pay your debts or offer any sort of loan or financing. Rather, we represent you in enforcing your rights and defending you against the collection activities of your creditors. We will force your creditors to provide information regarding your debts to prove their legality, and in the context of this fact-gathering process will pursue the best possible resolution to your dispute. Gallant Law Group is committed to fighting on your behalf to help you achieve financial freedom by resolving your disputes with your creditors.

If you missed your Introductory call and would like us to go over your program in more detail, please feel free to contact us. Our phone number is (215) 804-3333.

Once again welcome to our family of clients and we look forward to serving you in the future.


Sincerely,

[signature image]

Robert Tobia